# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                       NO. 4:14CR248-2-BSM

CHRISTY DIANE BAKER                                         DEFENDANT

## ORDER

A hearing was held on July 13, 2015, on Defendant Christy Baker's motion for reconsideration of detention pending trial. (Docket entry #282) After consideration of the evidence presented, the Court grants the motion and orders Ms. Baker released from custody for immediate placement at the Freedom House in Russellville, Arkansas, for inpatient drug treatment, followed by a chemical-free living program.

IT IS SO ORDERED this 14th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE